379 A.2d 609

Commonwealth v. Shaw, Appellant.

Submitted March 22, 1976. David E. Auerbach, Assistant Public Defender, and Kenneth P. Barrow, Public Defender, for appellant; Ralph B. D'Iorio and William H. Ryan, Jr., Assistant District Attorneys, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.